UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIK BENJAMIN CHERDAK,

     Plaintiff,

v.                            Case No.:  2:22-cv-634-SPC-NPM

VINCENT PAUL COTTONE and
LINDA MARIE COTTONE,

       Defendants.

_____/

## **ORDER**[1]

Before the Court is Plaintiff Erik Cherdak's Motion for Relief from Judgment (under Fed. R. Civ. P. 60(b)(1)) (Doc. 37) and Memorandum in Support of that motion (Doc. 39). Also before the Court is a second Motion for Relief from Judgment (under Rules 60(b)(2) and 60(d)(3)) (Doc. 40) and Memorandum in Support of that motion (Doc. 42). Cherdak has requested a hearing on both motions. (Doc. 38, Doc. 41). And finally, Cherdak has also requested expedited processing of his motions. (Doc. 43).

Plaintiff has filed two separate Motions for Relief from Judgment under three subsections of Fed. R. Civ. P. 60, along with two separate memoranda in

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

support.  These four documents should be filed as one motion.  Under Local Rule 3.01(a), a motion must include "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request" all in one document not to exceed 25 pages.  If Plaintiff would like to file a Motion for Relief from Judgment, he should compile all relevant arguments in one motion not to exceed 25 pages.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Relief from Judgment (Doc. 37) is **DENIED**.

2. Plaintiff's Motion for Relief from Judgment (Doc. 40) is **DENIED**.

3. Plaintiff's Motion for Hearing on Motion for Relief from Judgment (Doc. 38) is **DENIED** as moot.

4. Plaintiff's Motion for Hearing on Motion for Relief from Judgment (Doc. 41) is **DENIED** as moot.

5. Plaintiff's Request for Expedited Processing (Doc. 43) is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida on March 1, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record